UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MARTIN J. WALSH,**

      **Plaintiff,**

v.                                              Case No.  6:21-cv-1052-CEM-DAB

**LA CATRINA MEXICAN RESTAURANT, INC. and JUAN ZARINANA,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Amended Motion to Approve Consent Judgment (Doc. 12). The United States Magistrate Judge issued a Report and Recommendation (Doc. 20), recommending that the Motion be granted.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 20) is **ADOPTED** and made a part of this Order.

2. The Amended Motion to Approve Consent Judgment (Doc. 12) is **GRANTED**.

3. The Consent Judgment (Doc. 18) is **ADOPTED** and incorporated herein as a part of this Order.

4. The Court retains jurisdiction over this action, including over the construction, modification, and enforcement of the Consent Judgment.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on July 15, 2022.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record